No. 93–9011. IN RE HAMILTON; and

No. 93–9015. IN RE HUNWARDSEN. Petitions for writs of habeas corpus denied.